IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

William Clifford Woods, Jr.,

      Plaintiff,

      vs.                                Case No. 10-2362-JTM

District Attorney Office, Wyandotte County Courthouse,

      Defendant.

MEMORANDUM AND ORDER

On November 9, 2010, the court granted the defendant's Motion to Dismiss (Dkt. 6), which argued that the court lacked subject matter jurisdiction over the claims of *pro se* plaintiff William Clifford Woods, Jr. Specifically, the court determined that the defendant was both immune from suit under the Eleventh Amendment, and that the defendant was not a "person" within the meaning of 42 U.S.C. § 1983. Woods filed no response to defendant's argument, and the court granted the motion as both unopposed and for good cause.

Following the court's order dismissing the action, Woods has filed a variety of hand-written pleadings, which — given their general incoherence and lack of any clear request for relief — the Clerk has appropriately designated in the docket as simply "Notice" or "Statement." (Dkt. 13, 14, 15, 16). Most recently, however, Woods has filed a motion (Dkt. 17), which apparently asks the court for some form of investigation relating to the defendant.

The court hereby notifies and informs plaintiff William Woods that the court has entered final judgment and dismissed the present action, and that the time for any appeal from that action has passed. Accordingly, the present motion is untimely and is denied.

IT IS SO ORDERED this 28th day of March, 2012, that the plaintiff's Motion for Investigation (Dkt. 17) is hereby denied.

    s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE